NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH LEE WILLIAMS,          )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D18-1224
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed September 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.

PER CURIAM.

Affirmed.  See Barfield v. State, 594 So. 2d 259 (Fla. 1992); Williams v. State, 150 So. 3d 1150 (Fla. 2d DCA 2014) (table decision); Williams v. State, 106 So. 3d 942 (Fla. 2d DCA 2012) (table decision); Williams v. State, 57 So. 2d 859 (Fla. 2d DCA 2011) (table decision); Williams v. State, 981 So. 2d 1208 (Fla. 2d DCA 2008) (table decision); Williams v. State, 961 So. 2d 948 (Fla. 2d DCA 2007) (table decision); Williams v. State, 937 So. 2d 133 (Fla. 2d DCA 2006) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Williams v. State, 528 So. 2d 498 (Fla. 2d DCA 1988).

SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.